UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOARD OF TRUSTEES FOR THE
MICHIGAN CARPENTERS' COUNCIL
PENSION FUND,

   Plaintiff,              Hon. Janet T. Neff

v.                   Case No. 1:12-cv-00279

RAYMOND ACOUSTICAL, LLC,

   Defendant.
_____/

**REPORT AND RECOMMENDATION**

  This matter is before the Court on Defendant's Motion for Entry of Default Judgment (Dkt. 30), which was referred to the undersigned by the Honorable Janet T. Neff for report and recommendation under 28 U.S.C. § 636(b)(1)(B). A hearing was held on the motion on Friday, August 16, 2013. For reasons stated on the record, the undersigned recommends that Defendant's Motion for Entry of Default Judgment (Dkt. 30) be **denied without prejudice**.

                 Respectfully submitted,

Date: August 19, 2013          /s/ Ellen S. Carmody
                 ELLEN S. CARMODY
                 United States Magistrate Judge

  OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file

objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).