UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOARD OF TRUSTEES FOR THE
MICHIGAN CARPENTERS' COUNCIL
PENSION FUND,

        Plaintiff,                Case No. 1:12-cv-279

v.                                     HON. JANET T. NEFF

RAYMOND ACOUSTICAL, LLC,

        Defendant.
        _____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action. Plaintiff[1] filed a Motion for Entry of Default Judgment (Dkt 30). The motion was referred to the Magistrate Judge, who issued a Report and Recommendation on August 19, 2013, recommending that the motion be denied without prejudice (Dkt 36). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 36) is APPROVED and ADOPTED, with the correction noted above, as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Default Judgment (Dkt 30) is DENIED WITHOUT PREJUDICE.

Dated: September 9, 2013                             /s/Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge

---

[1] The Report and Recommendation mistakenly indicates that Defendant filed the motion.